No. 142. SHOTWELL MANUFACTURING CO. ET AL. v. UNITED STATES. C. A. 7th Cir. Certiorari granted. *George B. Christensen, Harold A. Smith* and *William T. Kirby* for petitioners. *Solicitor General Cox, Assistant Attorney General Oberdorfer, Joseph M. Howard, Vincent P. Russo* and *Charles A. McNelis* for the United States.

No. 532. CALBECK, DEPUTY COMMISSIONER, BUREAU OF EMPLOYEES' COMPENSATION, v. TRAVELERS INSURANCE CO. ET AL. C. A. 5th Cir. Certiorari granted. *Solicitor General Cox, Assistant Attorney General Orrick, Morton Hollander* and *David L. Rose* for petitioner. *Ewell Strong* for respondents. *Herman Wright* for McGuyer et al., as *amici curiae,* in support of the petition.

No. 521. POWELL v. NATIONAL SAVINGS & TRUST CO. ET AL. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Diana Kearny Powell pro se.*

No. 522. AMERICAN EMPLOYERS INSURANCE CO. v. ZABLOSKY. C. A. 5th Cir. Certiorari denied. *James A. Williams* for petitioner. *Irving L. Goldberg* for respondent.

No. 535. MOORE v. JACK P. HENNESSY CO., INC., ET AL. C. A. 3d Cir. Certiorari denied. Petitioner *pro se.* *Albert M. Parker* for respondents.